**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**FLOYD BOZEMAN**                                                                           **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 3:26-cv-88-CWR-LGI**

**PHILADELPHIA PUBLIC SCHOOL DISTRICT**                     **DEFENDANT**

                                                                          **JURY TRIAL DEMANDED**

**COMPLAINT**

COMES NOW Plaintiff Floyd Bozeman and files this Complaint for damages against Defendant Philadelphia Public School District, as follows:

**I. PARTIES**

1. Plaintiff Floyd Bozeman is an adult resident citizen of Mississippi, who resides at 10411 Road 101, Union, MS 39365.

2. Defendant Philadelphia Public School District is a political subdivision of the State of Mississippi. Defendant Philadelphia Public School District may be served with process upon its Superintendent, Dr. Shannon Whitehead at 248 Byrd Avenue, Philadelphia, Mississippi 39350. Defendant Philadelphia Public School District is an employer within the meaning of the Civil Rights Act of 1964.

**II. JURISDICTION AND VENUE**

3. This Court has federal question jurisdiction under 28 U.S.C. § 1331, and civil rights jurisdiction under 28 U.S.C. § 1343. Plaintiff's cause of action is authorized by 42 U.S.C. § 1983

to address violations pursuant to 42 U.S.C. § 1981.  This Court has jurisdiction under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.  Venue is proper in that the acts complained of occurred in whole or in part in this District and Division.

### III.  FACTS

4.	Plaintiff Floyd Bozeman  ("Mr. Bozeman") is a white male that is certified to teach by the Mississippi State Department of Education.  Mr. Bozeman taught at Philadelphia High School ("PHS").

5.	Mr. Bozeman had no difficulties in his employment with Defendant Philadelphia Public School District until Sherrell Griffin-Drake was hired as Principal.  Principal Griffin-Drake is African American.

6.	Mr. Bozeman was hired as an Art Teacher at PHS in March of 2018. During Mr. Bozeman's tenure at PHS, he and his fellow teachers would typically receive the support of the administration and the environment was cooperative and friendly.  By way of example, as a result of his teaching schedule, the School Board approved Mr. Bozeman for part-time work.  The problems began after the School District hired Principal Griffin-Drake.

7.	In April 2024, Principal Griffin-Drake met with Mr. Bozeman and questioned his part-time work status and daily schedule.  Mr. Bozeman voiced concerns and indicated that he wanted to keep his Board approved schedule.  Instead of honoring Mr. Bozeman's schedule, Principal Griffin-Drake repeatedly told Mr. Bozeman that "he was not a hostage."  Mr. Bozeman understood the comment to mean he should leave if he did not agree to a new arrangement. Mr. Bozeman made Assistant Superintendent Stacie Collins aware of this meeting and Principal Griffin-Drake's comments.

8.     In the fall of 2024, Mr. Bozeman disciplined an African American male student for being disrespectful during class. A meeting was called with the student's parent. Principal Griffin-Drake attended the meeting with Mr. Bozeman and the parent. Instead of supporting Mr. Bozeman and working toward a reasonable solution, Principal Griffin-Drake took it upon herself to discredit Mr. Bozeman by commenting to the parent that "he does not understand our (African American) culture." There was no reason for Principal Griffin-Drake to interject race into the discussion. However, it soon became clear that Principal Griffin-Drake's decision making and conduct was motivated by race as she attempted to intimidate and disenfranchise the PHS white teachers.

9.     On October 24, 2024, Mr. Bozeman was teaching class when he heard a knock at his door. Principal Griffin-Drake was at the door and entered the classroom wearing a white character mask from a known popular horror movie. Principal Griffin-Drake sat silent in the back of the class "observing" while Mr. Bozeman continued to teach. Mr. Bozeman reported the incident via email to Assistant Superintendent Stacie Collins. The next day, Mr. Bozeman entered a meeting with his co-workers/fellow teachers. The same mask was sitting on the table with the word "GOD" written in black marker. It was very clear to Mr. Bozeman that Principal Griffin-Drake had worn the mask as a symbol of intimidation and power. Again, Mr. Bozeman reported the incident to Assistant Superintendent Stacie Collins.

10.    On December 3, 2024, Mr. Bozeman attended a Professional Learning Community ("PLC") meeting in the PHS data room. Principal Griffin-Drake was seated behind a table in the front of the room. A thin leather belt was laying on the table. Principal Griffin-Drake called Kate Hollingsworth to the table. Ms. Hollingsworth is white and was one of Mr. Bozeman's co-workers,. Principal Griffin-Drake instructed Ms. Hollingsworth to pick up the belt, to place the belt around

Principal Griffin-Drake's neck, and to tighten the belt as if to simulate a lynching. Another white co-worker was instructed by Principal Griffin-Drake to photograph the simulated lynching. Mr. Bozeman and other teachers voiced their objections. However, Principal Griffin-Drake repeated the simulated lynching in PLC meetings with Principal Griifn-Drake posing as the victim and other white teachers posing as the perpetrators.

11. During the 2024-2025 school year, Mr. Bozeman experienced additional hostile conduct, as follows:

- Repeated public criticism during staff meetings, unrelated to performance;
- A general atmosphere of intimidation where raising concerns would lead to retaliation and exclusion;
- Differential treatment in the assignment of responsibilities, resources, and support favoring African American teachers over white teachers; and
- Creating disparities in how discipline and administrative support were provided to African American teachers over white teachers.

12. From the time of her arrival, Principal Griffin-Drake was systematically forcing out white teachers and employees. Mr. Bozeman was one of several white teachers, after many teachers had been forced out, quit, or left because of the mistreatment by African American's on the School District's administrative staff, such as Principal Griffin-Drake.

13. Mr. Bozeman is a highly qualified teacher. Mr. Bozeman's work credentials were impeccable. Mr. Bozeman's injuries are a direct and proximate result of his mistreatment by the School District.

14. As a result of his mistreatment by the School District administrative staff, Mr.

Bozeman has been caused to incur doctor and other medical expenses and will continue to incur similar expenses in the future. Mr. Bozeman also sustained damages for pain, suffering, inconvenience, mental anguish, worry, anxiety, emotional distress, and loss of wages.

## IV.  CAUSES OF ACTION

### COUNT ONE - RACE DISCRIMINATION

15. Plaintiff Floyd Bozeman incorporates by reference all allegations of this Complaint.

16. Beginning with the arrival of Principal Griffin-Drake, the Defendant School District, acting through its African American administrative staff, began the process of systematically forcing out white teachers and/or employees such as Mr. Bozeman.

17. Mr. Bozeman is a highly qualified teacher whose work credentials at PHS were impeccable.

18. The School District's motivation in acting towards Mr. Bozeman with extreme racial hostility was to force him to resign.

19. The alleged reasons for the School District's conduct toward Mr. Bozeman were false and pretextual, and purposely directed towards Mr. Bozeman to force him to resign.

20. The Defendant School District is liable to Plaintiff Floyd Bozeman for race discrimination in violation of Title VII, 42 U.S.C. § 1981, and the Fourteenth Amendment.

21. Plaintiff has filed an EEOC charge and received a right to sue letter which is attached at Exhibit "1".

**REQUEST FOR RELIEF**

Plaintiff Floyd Bozeman requests actual damages for economic loss, mental anxiety and stress against Defendant Philadelphia Public School District. Further, the Defendant School District acted with malice and/or reckless indifference against Plaintiff Floyd Bozeman so as to entitle Mr. Bozeman to an award of punitive damages. Plaintiff Floyd Bozeman further requests reasonable attorneys' fees, costs and expenses.

RESPECTFULLY SUBMITTED, this the 6th day of February, 2026.

Plaintiff Floyd Bozeman

By:  */s/ C. Victor Welsh, III*
C. VICTOR WELSH, III

OF COUNSEL:

C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
PITTMAN, ROBERTS & WELSH, P.L.L.C.
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

TERRY L. JORDAN (MSB #3234)
Post Office Drawer 459
Jackson, MS 39350
Telephone: (601) 656-2451

Attorneys for Plaintiff Floyd Bozeman